UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JASON LANCASTER,                                                    JUDGMENT
                                                                   11-CV- 4855 (RRM)
                        Plaintiff,

      -against-

                                                                   FILED
                                                                   IN CLERK'S OFFICE
ERIC SCHNEIDERMAN, Attorney General of the                         US DISTRICT COURT E D N Y
State of New York; THE NEW YORK SUPREME
COURT,                                                             ★  MAY 2 5 2012

                        Defendants.                                BROOKLYN OFFICE
---------------------------------------------------------------X

            A Memorandum and Order of Honorable Roslynn R. Mauskopf, United States

District Judge, having been filed on February 29, 2012, dismissing the action pursuant to 28

U.S.C. § 1915A; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be

taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

            ORDERED, ADJUDGED AND DECREED that the action is dismissed pursuant

to 28 U.S.C. § 1915A; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in

good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.


Dated: Brooklyn, New York                          Douglas C. Palmer
       May 25, 2012                                Clerk of Court


                                                   Michele Gapinski
                                                   Chief Deputy for
                                                   Court Operations